**E-Filed 10/22/09**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLAYTON B. WATTS, | Case Number C 09–04873 JF (RS) |
| Plaintiff, | ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

On October 14, 2009, Plaintiff filed an application to proceed *in forma pauperis* in the instant action. The application will be granted. Accordingly, IT IS HEREBY ORDERED that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve a copy of the complaint and this order upon Defendant.

DATED: October 22, 2009

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

1   This Order has been served upon the following persons:

2   Harvey Peter Sackett     hps@hpspc.com, juanita@sackettlaw.com, julie@sackettlaw.com, lucyc@sackettlaw.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Case No. C 09-04873 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC3)