1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  TIMOTHY R. BOLIN, SBN CA 259511
   Special Assistant United States Attorney
4
5
       333 Market Street, Suite 1500
6      San Francisco, CA 94105
       Telephone: 415-977-8982
7      Facsimile: 415-744-0134
       Email: timothy.bolin@ssa.gov
8
9
10 Attorneys for Defendant
11
12                 UNITED STATES DISTRICT COURT
13               NORTHERN DISTRICT OF CALIFORNIA
14                     SAN JOSE DIVISION
15
16
17 CLAYTON B. WATTS,
                                      Case No. 5:09-cv-04873-JF
18     Plaintiff,
19                                    STIPULATION AND
       v.                            [PROPOSED] ORDER
20
21 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
22
23     Defendant.
24
25     The parties hereby stipulate and agree that, due to delay in delivery of the
26 administrative transcript to Plaintiff, Plaintiff's time to file a Motion for Summary
27 Judgment is extended through and including April 19, 2010.
28 //
   //

1

Dated: March 5, 2010            By:        */s/ Harvey Peter Sackett* *

2                                           HARVEY PETER SACKETT
                                            * *By email authorization*
3

4                                           Attorney for Plaintiff

5

6

Dated: March 5, 2010                       BENJAMIN B. WAGNER
                                           United States Attorney
7

8                                 By:       */s/ Timothy R. Bolin*
                                            TIMOTHY R. BOLIN
9                                           Special Assistant United States Attorney

10
OF COUNSEL TO DEFENDANT:
11

12
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
13 United States Social Security Administration

14

15 **THE COURT APPROVES THE FOREGOING STIPULATION AND SO**

16 **ORDERS.**

17

18
Dated: ___3/8/10_____    _____
19                                  HONORABLE JEREMY FOGEL
                                    United States District Court Judge
20

21

22

23

24

25

26

27

28