1  HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLAYTON B. WATTS, | ) | Case No:  C09-04873 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (45) days up through and including Tuesday, June 8, 2010 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by two factors.  First, Defendant, while timely filing its answer, encountered a delay in providing the transcript, with the result being that the parties had to stipulate to a first extension of time for Plaintiff's e-filing. [*See* Stipulation and [Proposed] Order, Docket No. 16, March 5, 2010.]  Second, because of this, Counsel's strict internal timetable for

1

STIPULATION AND ORDER

1  briefing cases, which is based on the filing date for each, had to be reconfigured.  The time
2  requested in this is stipulation is the result of that reconfiguration.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 14, 2010

/s/ Timothy R. Bolin
TIMOTHY R. BOLIN
Special Assistant U.S. Attorney

Dated: April 14, 2010

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
CLAYTON B. WATTS

IT IS SO ORDERED.

Dated:  4/15/10

HON. JEREMY FOGEL
United States District Judge

2
STIPULATION AND ORDER