HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLAYTON B. WATTS, | ) | No.: C09-04873 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| | ) | DISMISSAL |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: May 28, 2010 | /s/_____<br>TIMOTHY R. BOLIN<br>Special Assistant U.S. Attorney |
| Dated: May 28, 2010 | /s/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CLAYTON B. WATTS |

IT IS SO ORDERED.

Dated: 6/10/10   _____
HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER